# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HAZEM GARADA** <br><br> Plaintiff(s), <br><br> vs. <br><br> **OFFICE OF PERSONNEL MANAGEMENT** <br><br><br> Defendant(s). | Civil Case No: **05-1141 (JDB)** |

## NOTICE REGARDING CASE TRANSFER FROM ANOTHER JURISDICTION

The original file and certified copies of the docket sheet have been transmitted from the United States District Court for the **Eastern District of Virginia (Alexandria)** on 06/09/05. This notice serves as a notification that the original transfer documents are on file in paper form in the Clerk's Office. It is available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

**NANCY MAYER-WHITTINGTON**

Clerk

**Date:** June 09, 2005